```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

FRANCISCO LOPEZ and JUAN CARLOS MENDEZ, on
behalf of themselves and all other persons similarly
situated,
```
**ORDER**
17-CV-6078 (LDH) (RLM)

Plaintiffs,

-against-

KI MOON RESTAURANT CORP. d/b/a PINK NORI,
JESSE TANG, DANNY TANG and SHIRLEY TANG,

Defendants.

------------------------------------------------------------------------ X

LaSHANN DeARCY HALL, United States District Judge:

      On April 24, 2018, United States Magistrate Judge Roanne L. Mann issued a Report and Recommendation recommending that this Court deny Defendants' motion to file an amended answer. The parties were given until May 8, 2018, to file objections to the Report and Recommendation. No objections have been filed. Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001)).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Mann's Report and Recommendation in its entirety as the opinion of this Court. Accordingly, Defendants' motion to file an amended answer is DENIED.

SO ORDERED:

 /s/ LDH
LaSHANN DeARCY HALL
United States District Judge

Dated: Brooklyn, New York
      July 10, 2018