UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCISCO LOPEZ and JUAN CARLOS MENDEZ,<br><br>          Plaintiffs,<br><br>    v.<br><br>KI MOON RESTAURANT CORP. D/B/A PINK NORI, JESSE TANG, DANNY TANG, and SHIRLEY TANG,<br><br>          Defendants. | **ORDER ADOPTING REPORT<br>AND RECOMMENDATION**<br><br>17-CV-6078 (LDH) (RLM) |

LaSHANN DeARCY HALL, United States District Judge:

On January 28, 2021, Magistrate Judge Roanne Mann issued a Report and

Recommendation recommending that this Court grant Plaintiffs' motion for attorney's fees and

award Plaintiffs $45,427.50 in attorney's fees and $3,593.96 in costs.  The parties were given

until February 11, 2021, to file objections to the Report and Recommendation.  No objections

have been filed.  Where no objections to a Report and Recommendation have been filed, "the

district court need only satisfy itself that there is no clear error on the face of the record." *Estate*

*of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y.

2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)).  The Court

has reviewed the record and the Report and Recommendation for clear error and, finding none,

hereby adopts Magistrate Judge Mann's Report and Recommendation in its entirety as the

opinion of the Court.  Accordingly, Plaintiffs' motion for attorney's fees is GRANTED.

Plaintiffs are awarded a total of $49,021.46 representing $45,427.50 in attorney's fees and

$3,593.96 in costs.


SO ORDERED:

1

Dated: Brooklyn, New York            /s/ LDH
       February 22, 2021            LASHANN DEARCY HALL
                                       United States District Judge