UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCISCO LOPEZ and JUAN CARLOS
MENDEZ,

                                                                                                             JUDGMENT
                                                                                                             17-CV-6078 (LDH) (RLM)

          Plaintiffs,

     v.

KI MOON RESTAURANT CORP. D/B/A PINK
NORI, JESSE TANG, DANNY TANG, and
SHIRLEY TANG,

          Defendants.
-----------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on February 23, 2021, making the following findings: as to count five, Defendants are jointly and severally liable to Plaintiff Francisco Lopez in the amount of $6,690.00 and to Plaintiff Juan Carlos Mendez in the amount of $6,105.00; as to count six, Defendants are jointly and severally liable to Plaintiff Francisco Lopez in the amount of $2,448.00 and to Plaintiff Juan Carlos Mendez in the amount of $2,736.00 and that Plaintiffs are awarded $75,091.50 in total on counts one through seven; it is

        ORDERED and ADJUDGED that the Court makes the following findings: as to count five, Defendants are jointly and severally liable to Plaintiff Francisco Lopez in the amount of $6,690.00 and to Plaintiff Juan Carlos Mendez in the amount of $6,105.00; that as to count six, Defendants are jointly and severally liable to Plaintiff Francisco Lopez in the amount of $2,448.00 and to Plaintiff Juan Carlos Mendez in the amount of $2,736.00; and that Plaintiffs are awarded $75,091.50 in total on counts one through seven.

Dated: Brooklyn, New York                                         Douglas C. Palmer
       February 23, 2021                                              Clerk of Court

                                                                    By:    */s/Jalitza Poveda*

                                                                                            Deputy Clerk